MINUTE ENTRY
VAN MEERVELD
August 15, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DIMITRI FRAZIER, ET AL.<br>*Plaintiffs* | CIVIL ACTION NO. 18-2340 |
| | SECTION: "B" (1) |
| VERSUS | JUDGE IVAN L. R. LEMELLE |
| ROBERT L. RUNNELS, ET AL.<br>*Defendants* | MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

**HEARING ON MOTION**

COURT REPORTER:   Rebecca Gonzalez

APPEARANCES:    Nathan Chiantella, Edwin M. Shorty, Michael Robertson

MOTION(S):

   1.  Defendants' MOTION for Leave to File Counterclaim (Rec. Doc. 11).

ORDERED:

   The motion is DENIED. Defendants are granted leave to file a revised Counterclaim providing a factual basis for their allegations within seven days.

_____
Janis van Meerveld
United States Magistrate Judge

MJSTAR (00:07)