UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DIMITRI FRAZIER, ET AL | * | CIVIL ACTION NO. 2:18-cv-2340 |
| | * | |
| VERSUS | * | JUDGE IVAN LEMELLE |
| | * | |
| ROBERT L. RUNNELS, ET AL | * | MAGISTRATE JUDGE |
| | * | JANIS VANMEERVALD |
| | * | |
| | * | **JURY TRIAL** |

* * * * * * * * * * * * * * * *

## <u>AMENDED COUNTERCLAIM</u>

NOW INTO COURT, through undersigned counsel, come defendants, CANAL INSURANCE COMPANY, ROBERT RUNNELS and WHITESTONE TRANSPORTATION, LLC, who file this Amended Counterclaim against plaintiffs, DIMITRI FRAZIER, ADONTE TURNER and TIFFANY TURNER, and aver:

1.

Made defendants-in-counterclaim are:

a.      Dimitri Frazier, a resident of and domiciled in the State of Louisiana.

b.      Adonte Turner, a resident of and domiciled in the State of Louisiana.

c.      Tiffany Turner, a resident of and domiciled in the State of Louisiana.

2.

Defendants-in-counterclaim have asserted that they were injured in a motor vehicle accident on November 13, 2017, which occurred shortly before milepost 246 on Interstate 10 eastbound and was caused by Robert L. Runnels in his capacity as a truck driver for Whitestone Transportation, LLC when he changed lanes and his 18-wheeler side-swiped the vehicle occupied by defendants-in-counterclaim.

.

3.

Defendants-in-counterclaim further allege that Robert L. Runnels did not stop his 18-wheeler and continued traveling on Interstate 10 until an unknown third vehicle waved him down and notified him that he was involved in a motor vehicle accident with defendants-in-counterclaim.

4.

Plaintiff-in-counterclaim, Robert L. Runnels, has testified and maintains that he did not experience any type of impact consistent with a motor vehicle accident, and the data system on board the 18-wheeler did not document any type of impact.

5.

All individuals involved have testified that they did not identify any type of property damage to Mr. Runnels' 18-wheeler.  In contrast, there was significant damage to the vehicle occupied by defendants-in-counterclaim, which they relate to the alleged accident at issue.

6.

As a result of this accident, defendants-in-counterclaim allege that they suffered injury and have sought damages from plaintiffs-in-counterclaim.

7.

Defendants-in-counterclaim initially retained attorney, Vanessa Motta, to represent them. Ms. Motta sent a letter of representation three days after the alleged accident at issue.

8.

Through their investigation, plaintiffs-in-counterclaim have uncovered evidence of more than 30 other accidents with similar factual scenarios to the alleged accident at issue.  These

similar questionable facts include alleged accidents on Interstate 10 and/or 610 in the New Orleans area where an unknown third vehicle waves down an 18-wheeler driver that is unaware that he/she was allegedly involved in an accident.  The alleged victims to the 18-wheeler driver's negligence then retain attorney, Vanessa Motta, after the accident in many of the cases, including over 15 cases currently in litigation.

9.

Richard Turner - the son of Tiffany Turner and brother of Adonte Turner - was also involved in an alleged accident at milepost 238 on Interstate 10 approximately two weeks after the accident at issue when the vehicle he was riding in with two other individuals was side-swiped by an 18-wheeler where the driver of the 18-wheeler was unaware that he was involved in an accident until he was waved down by an unknown third vehicle.

10.

Juan Matthews, who was married to Tiffany Turner at the time, was also involved in an alleged accident at milepost 239 on Interstate 10 on July 23, 2017 when the vehicle he was riding in with three other individuals was side-swiped by an 18-wheeler where the driver of the 18-wheeler was unaware that he was involved in an accident until he was waved down by an unknown third vehicle.  Juan Matthews is currently represented by Vanessa Motta, Esq. in regards to this accident.

11.

Plaintiffs-in-counterclaim have also uncovered comments made by an individual named Marlene Kennedy on a photograph posted by Tiffany Turner on her Facebook account where Ms. Kennedy alleges that Tiffany Turner and her kids have intentionally caused and/or faked accidents on the "blind side" of 18-wheelers, as shown below:

3



12.

Plaintiffs-in-counterclaim have also uncovered evidence that defendant-in-counterclaim, Tiffany Turner, has a prior conviction for forgery and has filed questionable insurance claims in the past, which call into question her credibility and motives.

13.

Based on the above evidence, plaintiffs-in-counterclaim maintain that there was no accident or collision as alleged by the defendants-in-counterclaim, the accident or collision was intentionally caused by defendants-in-counterclaim, and/or that defendants-in-counterclaim suffered no injury in the alleged accident.  The allegations of the defendants-in-counterclaim to the contrary are purposeful and willful misrepresentations in accordance with Louisiana Civil Code article 1953.

4

14.

Plaintiffs-in-counterclaim believe that continued discovery will uncover additional evidence of misrepresentations by defendants-in-counterclaim.

15.

As a result of the acts of the defendants-in-counterclaim in misrepresenting and/or staging the accident and/or injuries at issue in this matter, plaintiffs-in-counterclaim have suffered damages to be shown at the trial of this matter, including but not limited to, attorney's fees and litigation expenses in association with the defense of this action.

16.

The unlawful action of the defendants-in-counterclaim caused and/or contributed to these damages and are liable to the plaintiffs-in-counterclaim for all such damages proven at the trial of this matter.

**WHEREFORE**, plaintiffs-in-counterclaim, CANAL INSURANCE COMPANY, ROBERT RUNNELS and WHITESTONE TRANSPORTATION, LLC, pray that after all due proceedings are had, there be judgment in their favor and against defendants-in-counterclaim, jointly and in solido, in amounts determined to be reasonable in the premises, including attorney's fees, expert fees, legal interest from date of judicial demand until paid, and for all costs of these proceedings.  Plaintiffs-in-counterclaim further pray for all other full, general, and equitable relief appropriate under the premises and that this Honorable Court is competent to grant.

Respectfully submitted,

PERRIER & LACOSTE, L.L.C.

*/s/ Michael W. Robertson*
_____

**GUY D. PERRIER (#20323)**
**MICHAEL W. ROBERTSON (#31943)**
One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana  70130
Telephone:  (504) 212-8820
Direct:  (504) 212-8832
Facsimile:  (504) 212-7285
Email:  mrobertson@perrierlacoste.com

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing pleading was this day forwarded to:

> Edwin M. Shorty, Jr., Esq.
> Edwin M. Shorty, Jr. & Associates
> 650 Poydras St., Ste. 2515
> New Orleans, LA 70130

either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid and properly addressed, by hand delivery, by email transmission, or via facsimile transmission.

New Orleans, Louisiana, this 22nd day of June, 2018.

*/s/ Michael W. Robertson*
_____

**MICHAEL W. ROBERTSON**