## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DIMITRI FRAZIER, ET AL** | * | CIVIL ACTION NO. 2:18-cv-2340 |
| | * | |
| **VERSUS** | * | JUDGE IVAN LEMELLE |
| | * | |
| **ROBERT L. RUNNELS, ET AL** | * | MAGISTRATE JUDGE |
| | * | JANIS VANMEERVALD |
| | * | |
| | * | JURY TRIAL |
| * * * * * * * * * * * * * * | * | |

## ANSWER TO AMENDED COUNTERCLAIM

NOW INTO COURT, by and through undersigned counsel, comes Plaintiffs/Defendants-In-Counterclaim Dimitri Frazier, Adonte Turner and Tiffany Turner, who answer the *Amended Counterclaim* and respectfully aver as follows:

1.

The allegations set forth in the first paragraph are admitted.

2.

The allegations set forth in the second paragraph do not require a response but to the extent that a response is required the same are admitted.

3.

The allegations set forth in third paragraph do not require a response but to the extent that a response is required the same are admitted.

4.

The allegations set forth in the fourth paragraph are denied.

5.

The allegations set forth in the fifth paragraph do not require a response but to the extent that a response is required the same are admitted.

6.

The allegations set forth in the sixth paragraph do not require a response but to the extent that a response is required the same are admitted.

7.

The allegations set forth in the seventh paragraph do not require a response but to the extent that a response is required the same are admitted.

8.

The allegations set forth in the eighth paragraph do not require a response by the Plaintiffs/Defendants-In-Counterclaim.

9.

The allegations set forth in the ninth paragraph do not require a response by the Plaintiffs/Defendants-In-Counterclaim.

10.

The allegations set forth in the tenth paragraph do not require a response by the Plaintiffs/Defendants-In-Counterclaim.

11.

The allegations set forth in the eleventh paragraph do not require a response by the Plaintiffs/Defendants-In-Counterclaim.

12.

The allegations set forth in the twelfth paragraph do not require a response, but to the extent that a response is required the same are admitted only as to the forgery conviction, the remaining allegations are denied.

13.

The allegations set forth in the thirteenth paragraph do not require a response but to the extent that a response is required the same are denied.

14.

The allegations set forth in the fourteenth paragraph do not require a response but to the extent that a response is required the same are denied.

15.

The allegations set forth in the fifteenth paragraph do not require a response but to the extent that a response is required the same are denied.

16.

The allegations set forth in the sixteenth paragraph do not require a response but to the extent that a response is required the same are denied.

WHEREFORE, Plaintiffs/Defendants-In-Counterclaim Dimitri Frazier, Adonte Turner & Tiffany Turner, pray that this *Answer* to the *Amended Counterclaim* be filed, and that after all legal delays have elapsed and all due proceedings have been had, that there be judgment herein in favor of Plaintiffs/Defendants-In-Counterclaim Dimitri Frazier, Adonte Turner & Tiffany Turner, and against the Defendants/Plaintiffs-In-Counterclaim, Canal Insurance Company, Robert Runnels and Whitestone Transportation, L.L.C., dismissing their claims with prejudice

and at her sole cost.  Plaintiffs/Defendants-In-Counterclaim Dimitri Frazier, Adonte Turner & Tiffany Turner further pray for all general and equitable relief as law, equity and the nature of the case may remit.

Respectfully submitted by:

EDWIN M. SHORTY, JR. & ASSOCIATES
A PROFESSIONAL LAW CORPORATION

*Nathan M. Chiantella*
_____
EDWIN M. SHORTY, JR., LSBA # 28421
NATHAN M. CHIANTELLA, LSBA # 35450
650 Poydras Street, Suite 2515
New Orleans, Louisiana 70130
Telephone:	(504) 207-1370
Facsimile:	(504) 207-0850
Email: eshorty@eshortylawoffice.com
Email: nchiantella@eshortylawoffice.com

*Counsel for Plaintiffs/Defendants-In-Counterclaim, Dimitri Frazier, Adonte Turner & Tiffany Turner*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing pleading was forwarded to all counsel of record by facsimile, electronic mail, hand delivery, courier, FedEx, and/or by depositing a copy of same in the United States Mail, postage prepaid and properly addressed on this 11th day of September, 2018.

*Nathan M. Chiantella*
_____
Edwin M. Shorty, Jr.
Nathan M. Chiantella