```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

**DIMITRI FRAZIER, ET AL.**                                    **CIVIL ACTION**

**VERSUS**                                                     **NO. 18-2340**

**ROBERT L. RUNNELS, ET AL**                                   **SECTION "B"(1)**

## ORDER

Considering Defendant's "Request for Oral Argument" (Rec. Doc. 27),

**IT IS ORDERED** that the request is **DENIED** subject to further Court Order. At this time, the Court will consider Defendant's Motion to Dismiss Counterclaim Pursuant to F.R.C.P. 12(b)(6) (Rec. Doc. 23) on the parties' briefings. If it later appears to the Court that oral argument would be helpful, it will be ordered.

New Orleans, Louisiana, this 29th day of November, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE