```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
```

**DIMITRI FRAZIER, ET AL.**                                **CIVIL ACTION**

**VERSUS**                                                 **NO. 18-2340**

**ROBERT L. RUNNELS, ET AL.**                              **SECTION "B"(1)**

### ORDER

Considering Defendants' "Ex Parte Motion to Enroll Additional Counsel of Record" (Rec. Doc. 29),

**IT IS ORDERED** that the motion is **GRANTED**. Dustin L. Poche (La. Bar. No. 33451) of Perrier & Lacoste, LLC is hereby enrolled as additional counsel of record for defendants Canal Insurance Company, Robert Runnels, and Whitestone Transportation.

New Orleans, Louisiana, this 29th day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE