UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DIMITRI FRAZIER, ET AL | * | CIVIL ACTION NO. 2:18-cv-2340 |
| | * | |
| VERSUS | * | JUDGE IVAN LEMELLE |
| | * | |
| ROBERT L. RUNNELS, ET AL | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| | * | |
| | * | **JURY TRIAL** |

* * * * * * * * * * * * * * *

## ORDER

Considering the foregoing *Ex-Parte Motion for Expedited Consideration* (Rec. Doc. 25) submitted by defendants, Canal Insurance Company, Robert Runnels, and Whitestone Transportation, LLC;

**IT IS HEREBY ORDERED** that defendants' *Ex-Parte Motion for Expedited Consideration* is granted, and defendants' Motion for Leave to File Second Supplemental and Amending Counterclaim which is presently noticed for submission on December 12, 2018 at 11:00 a.m. will be set for submission on December 5, 2018, on the briefs. Plaintiffs' memorandum in opposition to the Motion for Leave to File Second Supplemental and Amending Counterclaim shall be filed by Monday, December 3, 2018. Defendants' reply, if any, shall be filed by December 5, 2018, at noon.

New Orleans, Louisiana this 29th day of November, 2018.

_____
United States Magistrate Judge