UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DIMITRI FRAZIER, ET AL. | * | CIVIL ACTION NO. 18-2340 |
| | * | |
| | * | SECTION: "B"(1) |
| VERSUS | * | |
| | * | JUDGE IVAN L. R. LEMELLE |
| | * | |
| ROBERT L. RUNNELS, ET AL. | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************ | * | |

## ORDER

Before the Court is the Motion for Leave to File Second Supplemental and Amending Counterclaim filed by defendants Canal Insurance Co., Robert Runnels, and Whitestone Transportation, LLC. (Rec. Doc. 24). The motion was set for expedited hearing, and the Court ordered that any opposition to the motion be filed by December 3, 2018. No memoranda in opposition have been filed. Accordingly, the motion is deemed to be unopposed, and, further, it appearing that the motion has merit,

IT IS ORDERED that the Motion for Leave (Rec. Doc. 24) is GRANTED; defendants' Second Supplemental and Amending Counterclaim shall be entered into the record.

New Orleans, Louisiana, this 6th day of December, 2018.

Janis van Meerveld
United States Magistrate Judge