## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DIMITRI FRAZIER, ET AL** | * | CIVIL ACTION NO. 2:18-cv-2340 |
| | * | |
| **VERSUS** | * | JUDGE IVAN LEMELLE |
| | * | |
| **ROBERT L. RUNNELS, ET AL** | * | MAGISTRATE JUDGE |
| | * | JANIS VANMEERVALD |
| | * | |
| | * | JURY TRIAL |
| * * * * * * * * * * * * * * | * | |

## ANSWER TO SECOND SUPPLEMTAL AND AMENDED COUNTERCLAIM

NOW INTO COURT, by and through undersigned counsel, comes Plaintiffs/Defendants-In-Counterclaim Dimitri Frazier, Adonte Turner and Tiffany Turner, who respectfully aver as follows:

1.

The allegations set forth in the first paragraph are admitted.

2.

The allegations set forth in the second paragraph do not require a response but to the extent that a response is required the same are admitted.

3.

The allegations set forth in third paragraph do not require a response but to the extent that a response is required the same are admitted.

4.

The allegations set forth in the fourth paragraph are denied.

5.

The allegations set forth in the fifth paragraph do not require a response but to the extent that a response is required the same are admitted.

6.

The allegations set forth in the sixth paragraph do not require a response but to the extent that a response is required the same are admitted.

7.

The allegations set forth in the seventh paragraph do not require a response but to the extent that a response is required the same are admitted.

8.

The allegations set forth in the eighth paragraph do not require a response.

9.

The allegations set forth in the ninth paragraph do not require a response.

10.

The allegations set forth in the tenth paragraph do not require a response.

11.

The allegations set forth in the eleventh paragraph do not require a response.

12.

The allegations set forth in the twelfth paragraph are denied.

13.

The allegations set forth in the thirteenth paragraph do not require a response but to the extent that a response is required the same are denied.

14.

The allegations set forth in the fourteenth paragraph do not require a response.

15.

The allegations set forth in the fifteenth paragraph do not require a response.

16.

The allegations set forth in the sixteenth paragraph do not require a response but to the extent that a response is required the same are denied.

17.

The allegations set forth in the seventeenth paragraph do not require a response but to the extent that a response is required the same are denied, except to admit that Tiffany Turner pleaded guilty to forgery in violation of La.R.S. 14:72 on January 25, 1994 in Orleans Parish Criminal District Court.

18.

The allegations set forth in the eighteenth paragraph are denied.

19.

The allegations set forth in the nineteenth paragraph are denied.

20.

The allegations set forth in the twentieth paragraph are denied.

21.

The allegations set forth in the twenty first paragraph do not require a response but to the extent that a response is required the same are denied.

22.

The allegations set forth in the twenty second paragraph are denied.

WHEREFORE, Plaintiffs/Defendants-In-Counterclaim Dimitri Frazier, Adonte Turner & Tiffany Turner, pray that this *Answer* to the *Second Supplemental And Amended Counterclaim* be filed, and that after all legal delays have elapsed and all due proceedings have been had, that there be judgment herein in favor of Plaintiffs/Defendants-In-Counterclaim Dimitri Frazier, Adonte Turner & Tiffany Turner, and against the Defendants/Plaintiffs-In-Counterclaim, Canal Insurance Company, Robert Runnels and Whitestone Transportation, L.L.C., dismissing their claims with prejudice and at their sole cost. Plaintiffs/Defendants-In-Counterclaim Dimitri Frazier, Adonte Turner & Tiffany Turner further pray for all general and equitable relief as law, equity and the nature of the case may remit.

| **CERTIFICATE OF SERVICE**<br><br>I HEREBY CERTIFY that a copy of the above and foregoing pleading was forwarded to all counsel of record by facsimile, electronic mail, hand delivery, courier, FedEx, and/or by depositing a copy of same in the United States Mail, postage prepaid and properly addressed on this 2nd day of January, 2019.<br><br>*Nathan M. Chiantella*<br>_____<br>Edwin M. Shorty, Jr.<br>Nathan M. Chiantella | Respectfully submitted by:<br><br>EDWIN M. SHORTY, JR. & ASSOCIATES<br>A PROFESSIONAL LAW CORPORATION<br><br>*Nathan M. Chiantella*<br>_____<br>EDWIN M. SHORTY, JR., LSBA # 28421<br>NATHAN M. CHIANTELLA, LSBA # 35450<br>650 Poydras Street, Suite 2515<br>New Orleans, Louisiana 70130<br>Telephone:   (504) 207-1370<br>Facsimile:    (504) 207-0850<br>Email: eshorty@eshortylawoffice.com<br>Email: nchiantella@eshortylawoffice.com<br><br>*Counsel for Plaintiffs/Defendants-In-Counterclaim, Dimitri Frazier, Adonte Turner & Tiffany Turner* |