UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DMITRI FRAZIER, ET AL.**            CIVIL ACTION

**VERSUS**            NO. 18-2340

**ROBERT L. RUNNELS, ET AL**            SECTION "B"(1)

## ORDER

Considering defendants' "Request for Oral Argument" (Rec. Doc. 62),

**IT IS ORDERED** that the request is **DENIED** subject to further Court Order. At this time, the Court will consider defendants' "Motion for LA Code of Evid. Article 508 Contradictory Hearing" (Rec. Doc. 55) on the parties' briefings. If it later appears to the Court that oral argument would be helpful, it will be ordered.

New Orleans, Louisiana, this 28th day of January, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE