UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DMITRI FRAZIER, ET AL.**                                                   CIVIL ACTION

**VERSUS**                                                                          NO. 18-2340

**ROBERT L. RUNNELS, ET AL**                                          SECTION "B"(1)

<u>ORDER</u>

Considering defendants' "Motion for LA Code of Evid. Article 508 Contradictory Hearing" (Rec. Doc. 55),

**IT IS ORDERED** that the motion is **DISMISSED as moot.** Defendants stated in the instant motion that it was made solely in the alternative should the Magistrate Judge grant Motta Law, LLC's motion to quash the subpoena duces tecum issued to it (Rec. Doc. 46). Magistrate Judge van Meerveld's recent Order and Reasons ordering Motta Law to respond to the subpoena, subject to modifications (Rec. Doc. 67) renders the instant motion for a contradictory hearing to issue a subpoena for the appearance of attorneys Vanessa Motta and Lionel Sutton to testify at trial moot. Moreover, movants' counsel is reminded that the Federal Rules of Civil Procedure are applicable here, not State procedural rules.

New Orleans, Louisiana, this 31st day of January, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE