MINUTE ENTRY
VAN MEERVELD
February 6, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DIMITRI FRAZIER, ET AL. *Plaintiffs* | CIVIL ACTION NO. 18-2340 |
| VERSUS | SECTION: "B" (1) |
| | JUDGE IVAN L. R. LEMELLE |
| ROBERT L. RUNNELS, ET AL. *Defendants* | MAGISTRATE JUDGE JANIS VAN MEERVELD |

**HEARING ON MOTION**

COURT REPORTER:   Toni Tusa

APPEARANCES:     Nathan Chiantella, Michael Robertson

MOTION(S):

1. Defendants' MOTION to Compel More Complete Discovery Responses (Rec. Doc. 59).

ORDERED:

The motion is GRANTED in part and DENIED in part, as follows:

- Counsel for plaintiff Tiffany Turner will assist Ms. Turner in searching her phone for the phone numbers and individuals listed by defendants in their requests for admission and interrogatories. The results of that investigation will be provided to the defendants. To the extent a name provided by defendants matches the number provided by the defendants, the associated request for admission shall be admitted.

- Counsel for Ms. Turner will determine through discussion with Ms. Turner and her sons the response to requests for admission 12 and 14.

- Counsel for Ms. Turner will assist Ms. Turner in reviewing the Facebook account accessible on her cell phone and any of Ms. Turner's former Facebook accounts that remain publicly accessible for purposes of determining the responses to requests for admission 1, 2, 3, and 4.

- Ms. Turner shall produce the results of the aforementioned investigation and revised responses to defendants' requests for admission and interrogatories within 10 days.

*Janis van Meerveld*
Janis van Meerveld
United States Magistrate Judge

MJSTAR (00:22)