```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
```

**DIMITRI FRAZIER, ET AL.**                          **CIVIL ACTION**

**VERSUS**                                           **NO. 18-2340**

**ROBERT L. RUNNELS, ET AL.**                        **SECTION "B"(1)**

<u>**ORDER**</u>

Considering "Defendants' Omnibus Motion in Limine" (Rec. Doc. 50),

**IT IS ORDERED** that the motion is **DISMISSED**. Defendants assert in support of this omnibus motion a "concern that plaintiffs *may* attempt to" introduce or argue impermissible evidentiary issues. Rec. Doc. 50-1 at 2 (emphasis added). Without more, we decline the invitation to make a speculative ruling. **However, all parties and counsel of record are warned that sanctions will issue for violations of explicit evidentiary rules and codes of conduct.**

New Orleans, Louisiana, this 11th day of February, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE