UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DIMITRI FRAZIER, ET AL.**                                       **CIVIL ACTION**

**VERSUS**                                                        **NO. 18-2340**

**ROBERT L. RUNNELS, ET AL.**                                     **SECTION "B"(1)**

<u>ORDER</u>

Considering defendants' "Motion in Limine to Exclude Traffic Citation Evidence and to Limit Testimony of Officer Jack Kounlavong" (Rec. Doc. 51),

**IT IS ORDERED** that the motion is **GRANTED unless plaintiffs submit, no later than February 19, 2019, certified court document(s) that evidences an admission of guilt or no contest to the traffic citations at issue.** Further, admissions by party witnesses are generally allowable as evidence.

New Orleans, Louisiana, this 11th day of February, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE