UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DIMITRI FRAZIER, ET AL.**                            **CIVIL ACTION**

**VERSUS**                                              **NO. 18-2340**

**ROBERT L. RUNNELS, ET AL.**                          **SECTION "B"(1)**

### ORDER

Considering "Defendants' Motion in Limine to Exclude the Testimony of Any Witness Regarding Their Settlement in Other Related Matters" (Rec. Doc. 52),

**IT IS ORDERED** that the motion is **GRANTED unless plaintiffs are able to show settlements with defendant movants here constitute admissible impeachment evidence to movants' claims of fraud**. In no event, however, will such evidence include the amount of the settlements.

New Orleans, Louisiana, this 11th day of February, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE