UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DIMITRI FRAZIER, ET AL.**                          CIVIL ACTION

**VERSUS**                                           NO. 18-2340

**ROBERT L. RUNNELS, ET AL.**                        SECTION "B"(1)

### ORDER

Considering defendants' "Motion in Limine to Exclude Evidence of Past Convictions" (Rec. Doc. 54),

**IT IS ORDERED** that the motion is **GRANTED**. The 2004 DUI conviction appears to be a misdemeanor offense that occurred more than 10 years ago. *See* F.R.E. 609; *United States v. Cathey,* 591 F.2d 268, 275-6 (5th Cir. 1979); *U.S. V. Acosta,* 763 F.2d 671, 595 (5th Cir. 1985). There is no indication that the offense involved an accident, injury to anyone, or similarities with the instant conduct of defendant driver. Further, there is no showing that the prior conviction involved a matter of dishonesty or false statement, e.g. theft by fraud, perjury, forgery, that falls within the first exception to the balancing test under either F.R.E. 609 or 403.

New Orleans, Louisiana, this 11th day of February, 2019.

SENIOR UNITED STATES DISTRICT JUDGE