# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DIMITRI FRAZIER, ET AL | * | CIVIL ACTION # 2:18-cv-2340 |
| | * | |
| VERSUS | * | DIST.JUDGE: LEMELLE |
| | * | |
| ROBERT L. RUNNELS, ET AL | * | MAG.JUDGE: VAN MEERVELD |
| | * | |
| | * | |
| | * | JURY TRIAL |
| * * * * * * * * * * * * * * * | * | |

## <u>JOINT PRE-TRIAL ORDER</u>

NOW INTO COURT, by and through undersigned counsel, comes all parties who submit this Joint Pretrial Order pursuant to this Court's May 10, 2018 *Order*.  Counsel conferred via telephone on February 11, 2019 to discuss all stipulations and evidence to be submitted at trial; in addition to jurisdiction, the identity of the parties and joinder of any additional parties. Further settlement conversations were not held between counsel as Plaintiff's counsel previously prepared *Confidential Settlement Demands* to Defense Counsel and before they were sent was informed by Defense counsel that they would not be entertained by their client and that this matter was 'going to trial' and 'could not be settled'.

### 1.

*Pretrial Conference:*

The *Pre-Trial Conference* in this matter is currently set for February 21, 2019 at 3:00 p.m.

### 2.

*Appearance of Counsel:*

Edwin M. Shorty, Jr. and Nathan M. Chiantella of Edwin M. Shorty, Jr. & Associates, A.P.L.C. and Hope L. Harper of H.L. Harper & Associates, L.L.C. are counsel for the

Plaintiffs/Defendants in Counterclaim Dimitri Frazier, Tiffany M. Turner and Adonte Turner in this matter. Guy D. Perrier, Michael W. Robertson and Dustin L. Poche` of Perrier & Lacoste, L.L.C. are counsel for Defendants/Plaintiffs-In-Counterclaim Robert L. Runnels, Whitestone Transportation, L.L.C. & Canal Insurance Company in this matter.

**3 & 4.**

*Description of the Parties, Jurisdictional Basis & Damages:*

Plaintiffs/Defendants-In-Counterclaim Dimitri Frazier, Tiffany M. Turner and Adonte Turner are all persons of majority age, residents of the State of Louisiana and for diversity jurisdiction purposes citizens of the State of Louisiana. Defendant/Plaintiff-In-Counterclaim Robert L. Runnels is a person of majority age and a resident of the State of Mississippi and for diversity jurisdiction purposes a citizen of the State of Mississippi. Defendant/Plaintiff-In-Counterclaim Whitestone Transportation, L.L.C. is a limited liability company incorporated under the laws of the State of Mississippi with its principal place of business in the State of Mississippi and therefore a citizen of the State of Mississippi for diversity jurisdiction purposes. Defendant/Plaintiff-In-Counterclaim Canal Insurance Company is a business corporation incorporated under the laws of the State of South Carolina with its principal place of business in the State of South Carolina and therefore a citizen of the State of South Carolina for diversity jurisdiction purposes. Defendant/Plaintiff-In-Counterclaim Canal Insurance Company is the insurer for Defendants/Plaintiffs-In-Counterclaim Robert L. Runnels and Whitestone Transportation, L.L.C.

The parties further stipulate that a summary of the evidence supporting the claims of the Plaintiffs/Defendants-In-Counterclaim reasonably concludes that the diversity jurisdiction amount of $75,000.00 could be awarded in this matter.

2

**5.**

***Motions Pending Before the Court:***

The *Plaintiff's Motion to Dismiss Counterclaim Pursuant to FRCP 12(b)(6)* filed by the Plaintiffs/Defendants-In-Counterclaim on November 5, 2018 is currently pending before this Honorable Court.

The *Plaintiff/Defendants-In-Counterclaims' Motion for Leave to File Their Omnibus Motion In Limine & Motion For Summary Judgment Out Of Time* filed on February 1, 2019 is also pending before this Honorable Court.

The Plaintiff/Defendants-In-Counterclaims have sent via certified mail a proposed *Motion for Rule 11 Sanctions* pursuant to the procedures prescribed in Rule 11. The said motion will be filed in accordance with said rule if the Defendants do not comply with the requests in the *Motion for Rule 11 Sanctions*.

Magistrate Judge Janis van Meerveld recently ordered Motta Law, L.L.C. to respond to Defendants' subpoena *duces tecum* by February 22, 2019 [Doc. 67]. Vanessa Motta, Esq. of Motta Law, L.L.C. has informed counsel that she intends to file a *Motion to Review* Magistrate Judge Janis van Meerveld's aforementioned *Order* to this Court pursuant to LR 72.2.

Defendants' *Motion to Compel Lionel H. Sutton, III d/b/a Sutton Law Firm's Response to Subpoena Duces Tecum* was filed on February 15, 2019 and is currently pending before this Honorable Court. [Doc. 79]

Defendants plan to file a *Motion for Spoliation of Evidence* by Tiffany Turner into the record shortly regarding her recent *Supplemental Responses to Requests for Admissions*.

**6.**

*Brief Summary of Material Facts:*

By Plaintiffs/Defendants-In-Counterclaim:

On or about November 13, 2017 your Plaintiffs/Defendants-In-Counterclaim Tiffany M. Turner (the properly restrained driver) Adonte Turner and Dimitri Frazier (the properly restrained passengers) were travelling in a 2010 Chevrolet Impala going eastbound in the center lane of traffic on Interstate 10 near the Paris Avenue Exit in New Orleans, Louisiana.  Suddenly and without warning, their vehicle was struck by a 2016 International Semi-Truck driven by the Defendant/Plaintiff-In-Counterclaim Robert L. Runnels *(hereinafter referred to as Mr. Runnels).* Mr. Runnels was also traveling eastbound in the center lane, then changed to the left lane and suddenly back to the center lane causing the aforesaid collision.  The New Orleans Police Department was called to the scene and Mr. Runnels was cited for failure to use reasonable vigilance in violation of Louisiana law.  As a result of the aforementioned collision, your Petitioners/Defendants-In-Counterclaim sustained serious bodily injuries.

By Defendants/Plaintiffs-In-Counterclaim:

This lawsuit arises out of an alleged November 13, 2017 accident in Orleans Parish between an 18 wheel tractor-trailer owned by Whitestone Transportation, LLC and being operated by Robert Runnels, and a 2010 Chevrolet Impala, owned by Dimitri Frazier, and being operated by Tiffany Turner with guest passengers Dimitri Frazier and Adonte Turner.  Plaintiffs allege that they were side-swiped by Runnels' commercial vehicle and an unknown third vehicle had to flag down Mr. Runnels because he was unaware that an accident had occurred.  Plaintiffs initially retained Vanessa Motta, Esq., an attorney located at the time at 525 Clay Street in Kenner, Louisiana, to represent them, but they changed representation to their current counsel

prior to the filing of this lawsuit.  Plaintiffs are seeking damages for their medical expenses, mental anguish, loss of enjoyment of life, physical pain and suffering, inconvenience, pecuniary compensation, and maximum legal interest allowed by law.

In response, Defendants filed a Counterclaim alleging that Plaintiffs had conspired to commit fraud by causing and/or staging the accident at issue and presenting claims for damages, which are similar to claims brought by their family members and associates.  Specifically, Defendants allege that they have uncovered evidence of more than 30 accidents involving an alleged side-swipe by a commercial vehicle of a vehicle with multiple occupants on Interstate 10 and/or 610, where the commercial driver is unaware of the impact and/or a third vehicle waves down the commercial driver, and at least one of the occupants retains counsel whose office is located at 525 Clay Street in Kenner, Louisiana.  In addition to the factual similarities between the accident at issue and these other accidents, Defendants allege that some of the claimants in these other accidents have personal connections to the Plaintiffs in this case.  These common facts and direct connections show that Plaintiffs conspired to commit fraud by repeating these common facts for personal gain.

**7.**

*Single Listing of All Uncontested Material Facts:*

1. On November 13, 2017, your Defendant/Plaintiff-In-Counterclaim, Robert L. Runnels, was the driver of a 2016 International semi-truck traveling east-bound on Interstate 10 in New Orleans, LA.

2. At the time of the ('alleged' inserted by Defendants) accident made subject of this litigation, the vehicle driven by Robert L. Runnels was owned by Defendant/Plaintiff-In-

Counterclaim Whitestone Transportation, L.L.C. and covered by an insurance policy sold and delivered by Defendant/Plaintiff-In-Counterclaim Canal Insurance Company

3. At the time of the ('alleged' inserted by Defendants) accident made subject of this litigation, the vehicle owned by Plaintiff/Defendant-In-Counterclaim Dimitri J. Frazier was covered by an insurance policy sold and delivered by Go-Auto Insurance Company.

4. Plaintiff/Defendants-In-Counterclaim were initially represented by Vanessa Motta, Esq., whose office was located at 525 Clay Street in Kenner, Louisiana, for claims arising from the alleged accident made subject of this litigation.

**8.**

*Single Listing of Contested Issues of Fact:*

*1.* On November 13, 2017, your Petitioner/Defendant-In-Counterclaim, Tiffany M. Turner, was the driver of a 2010 Chevrolet Impala traveling east-bound on Interstate 10 in New Orleans, LA. – Disputed by Defendants.

*2.* At the time of the ('alleged' inserted by Defendants) accident made subject of this litigation, Plaintiff/Defendants-In-Counterclaim Dimitri J. Frazier and Adonte K. Turner were passengers in the vehicle being driven by Petitioner/Defendant-In-Counterclaim, Tiffany M. Turner. – Disputed by Defendants.

*3.* Ms. Tiffany M. Turner avers that she suffered severe injuries to her neck/cervical spine as a result of this accident.  Ms. Turner sought conservative treatment, and then underwent several MRIs after referral by her treating physician, after several consultations with pain specialist's physicians she received a surgery recommendation by Lucien Miranne, M.D. of Southern Brain & Spine for an anterior cervical discectomy and fusion (ACDF) at C 5-6.  To date, Ms. Turner has not been scheduled

for the aforementioned surgery, with an estimated cost of $24,226.00. Mr. Dimitri Frazier treated conservatively for his injuries, complaining of neck and upper back pain, received cervical and lumbar MRIs and has concluded said treatment after reviewing the MRI results with his treating physicians. Ms. Adonte Turner was only able to treat conservatively 3 – 4 times as soon thereafter it was discovered that Ms. Turner was pregnant, complaining of neck pain. Ms. Tuner has since had her child but again only treated minimally due to the aforementioned.

4. Any and all facts which have not been stipulated;

5. Whether a motor vehicle accident occurred as alleged;

6. Whether Plaintiffs conspired to commit fraud by causing and/or staging the accident at issue and presenting claims for damages;

7. The nature, cause, and extent of Plaintiffs' injuries and damages.

8. Not applicable.

9. Not applicable.

10. See Defendants/Plaintiffs-In-Counterclaim's Summary of Material Facts above.

11. Not applicable.

12. See Defendants/Plaintiffs-In-Counterclaim's Summary of Material Facts above.

**9.**

***Contested Issues of Law:***

1) Whether Defendant/Plaintiff-In-Counterclaim Robert L. Runnels was negligent and was the sole and proximate cause of this incident, including, but not limited to failure to maintain a proper lookout, failure to use reasonable vigilance, improper lane change,

careless/reckless operation of a motor vehicle; and, any and all other acts of negligence and/or imprudence and/or lack of care which may be proven during the trial of this matter.

2)      Whether Defendant/Plaintiff-In-Counterclaim Whitestone Transportation, L.L.C. was negligent in the following respects; negligent entrustment of their vehicle to Mr. Runnels, failure to properly train their employees; and, any and all other acts of negligence and/or imprudence and/or lack of care, which may be proved during the trial of this matter.

3)      Whether Defendants/Plaintiffs-In-Counterclaim Mr. Runnels, Whitestone Transportation, L.L.C. and Canal Insurance Company are jointly, severally and in solido indebted unto your Plaintiffs/Defendants-In-Counterclaim for all damages as are reasonable under the premises, with legal interest therein from the date of judicial demand until paid, and for all of the costs of these proceedings.

4)      Whether Plaintiffs/Defendants-In-Counterclaim conspired to commit fraud by intentionally causing and/or staging the accident at issue and presenting claims for damages.

5)      Any and all issues of law which have not been stipulated.

**10.**

*A-1) Exhibits Without Objections:*

1)  A certified copy of the insurance policy number PIA08464502 issued by Canal Insurance Company to Whitestone Transportation L.L.C. dba Whitestone Transportation with effective dates 5/1/2017 to 5/1/2018. (Defendants request that the documents be withheld from the jury).

2)  The body camera video and dashboard camera video of NOPD Officer Jack Kounlavong's investigation of the alleged accident at issue.

3)  The 911 audio recordings and incident details reports regarding the alleged accident at

issue.

4) Vehicle registration for 2010 Chevrolet Impala owned by Dimitri Frazier during the alleged accident at issue.

5) A certified copy of Sprint's phone records for (504) 535-8171.

6) A certified copy of T-Mobile's phone records for (504) 428-8185.

7) A certified copy of T-Mobile's phone records for (469) 867-0628.

8) A certified copy of all certified medical records or films of the healthcare providers who treated the Plaintiffs/Defendants-In-Counterclaim Tiffany Turner, Dimitri Frazier and Adonte Turner relating to the accident made subject of this litigation, namely Pedro Romaguera, M.D. of LA Primary Care Consultants, Vaniecea Duncan, D.C. of Accident & Injury Chiropractic and New Orleans East Healthcare Center.

9) Photographs and property damage estimates of the vehicles involved in the alleged accident at issue that were produced in discovery.

### A-2) Exhibits With Objections:

10) List of Tiffany Turner's previous incidents/claims produced by Ms. Turner in discovery – (*Objection by Plaintiffs/Defendants-In-Counterclaim as to vagueness/overly broad and relevancy).

11) *State of Louisiana Motor Vehicle Report* for the subject accident. – Defendants object to the extent this record is inconsistent with the Judge's *Order* granting Defendants' *Motion in Limine* to exclude the traffic citation evidence and to limit the testimony of Officer Jack Kounlavong.

12) Any and all investigative documents and/or pleadings (including but not limited to court docket minute entries, plea agreements, sentencing forms, plea sheets, probation forms,

etc.) concerning the criminal record(s) of witness Marlene Kennedy as a named Defendant by the State of Louisiana, United States of America and/or any other jurisdiction. – Defendants object because of relevancy, authenticity, and because this documentation was never produced in discovery.

13) Tiffany Turner's responses to Defendants' First Set of Discovery and Tiffany Turner's supplemental responses to Defendants' Second Set of Discovery – (*Objection by Plaintiffs/Defendants-In-Counterclaim as this is currently subject of the *Omnibus Motion In Limine* and/or *Motion for Summary Judgment* pending before this Honorable Court).

14) A certified copy of medical records or films of the following healthcare providers who treated Plaintiffs before the accident made subject of this litigation; Ochsner Baptist Hospital, Total Health Clinic, Metropolitan Health Group, The Healthcare Center, Dr. Bradley Bartholomew, New Orleans East Hospital, Louisiana Medical Management Corporation, Downman Urgent Healthcare, Anesthesiology Pain Management, East Jefferson General Hospital, and East Jefferson Family Practice Center. – Plaintiffs Object as these documents are overbroad and not relevant to injuries reported in the case at bar.

15) Subpoena response from All Aboard America Holdings, Inc. – which includes bus video of a motor vehicle accident on October 15, 2015 involving Cornelius Garrison. (*Objection by Plaintiffs/Defendants-In-Counterclaim as to vagueness/overly broad and relevancy).

16) Lists of "friends" associated with Tiffany Turner's four (4) Facebook profiles. (*Objection by Plaintiffs/Defendants-In-Counterclaim as this is currently subject of the *Omnibus Motion In Limine* and/or *Motion for Summary Judgment* pending before this Honorable Court).

17) Photograph posted on September 26, 2016 by Tiffany Turner on one of her Facebook profiles and comments made by Marlene Kennedy's Facebook account/profile on that photograph posting. (*Objection by Plaintiffs/Defendants-In-Counterclaim as this is currently subject of the *Omnibus Motion In Limine* and/or *Motion for Summary Judgment* pending before this Honorable Court).

18) Any and all documents evidencing the representation of claimants involved in motor vehicle accidents with a commercial vehicle on Interstate 10 in New Orleans by Motta Law, L.L.C. and/or Lionel Sutton d/b/a Sutton Law Firm. (*Objection by Plaintiffs/Defendants-In-Counterclaim due to as to vagueness/overly broad and relevancy).

19) Certified Petitions/Complaints and certified police reports of the following accidents:

| # | Claimants | Commercial Company | Date of Accident | Location of Accident | Plaintiff Counsel |
|---|---|---|---|---|---|
| 1 | Cornelius Garrison, III | Hotard Bus Lines | October 15, 2015 | Interstate 10 | Arnona Rose Vanessa Motta Rico Alvendia |
| 2 | Darnell Harris, Selita Harris, Leon Parker | Family Dollar Trucking | January 17, 2016 | Interstate 10 | King Law Firm Jason Baer |
| 3 | Tijai Andrews, Tommy Hilliard, Jr., and Gilbert Baham | Dupuy Trucking | March 16, 2016 | Interstate 10 | King Law Firm Iripino Firm |
| 4 | Jerrica White, Kevin Potter, Tina Lacour, and Pinzeca Lacour | Oakley Trucking | March 22, 2016 | Interstate 10 | Christine Reitano Lionel Sutton |
| 5 | Darrin Covington, Louis Stevenson, Larry King, Jamal Hallel, Keishone Sterling, Enri Franklin, Sherman Brower, Walter Massey, Laquisha Sylvester, and Bobbie Henry | Cardinal Logistics | April 30, 2016 | Interstate 10 | King Law Firm Michael Riley Kevin Riley |
| 6 | Lawrence Robertson | | August 8, 2016 | Interstate 10 | Christine Reitano Lionel Sutton |
| 7 | Tremica Lucky, Cedric Carpenter and Jasmine Smith | UPS | November 14, 2016 | Interstate 510 | Christine Reitano Lionel Sutton Darryl Breaux Evan Breaux Ryan LaPorte |
| 8 | Mark Gilmore, Johnnie Trask, Curtis Sims, and Reginald Marsh | EZ Hotshot | November 16, 2016 | Alvar Street | Vanessa Motta Jared Mouradian Brian Shearman David Geerken |

| | | | | Chad Lederman |
|---|---|---|---|---|
| 9 | Natasha Watts and Armond Butler | Dupre Logistics | November 28, 2016 | Interstate 10 | Christine Reitano Lionel Sutton |
| 10 | Rene Bertrand, Akshaykumar Solanki, and Rushaun Johnson | Rooms-To-Go | December 15, 2016 | Interstate 610 | Christine Reitano Lionel Sutton Anthony Irpino |
| 11 | Kent Parker, Lakeisha Parker, Teshana Jones and Beverly Heno | Wal-Mart | January 4, 2017 | Interstate 10 | Vincent Arnona |
| 12 | Brittany Williams, Sonyaletha Dent, Jasmine Cheney | US Autologistics | January 9, 2017 | Interstate 10 | Christine Reitano Lionel Sutton |
| 13 | Derian Johnson, Sahvon Brown, David Turner, | Tyson Foods | January 23, 2017 | Downman and Chef | Allen Burrell Dwayne Burrell |
| 14 | Trinese Jackson and Corey Bailey | TCI Trucking | January 26, 2017 | Alvar Street | King Law Firm |
| 15 | Arthur Bourgeois, Delanie Grace, and David Grace | Kenan Transport | February 12, 2017 | US 90 | Jerry Settle |
| 16 | Sonya Dent Jones and April Jenkins | United Van Lines | February 26, 2017 | Interstate 610 | Lionel Sutton Christine Reitano |
| 17 | Cynthia Zilton, Jeraun Zilton, Paul Price and Ireoin Lewis | Gulf Transport | March 13, 2017 | Interstate 10 | Vanessa Motta |
| 18 | Ryan Harris, De'Angelo Adams, Tara Blunt, Fran Bell, Willard Perry, Shantrica Carraby, and Jerome Clark | RLC Trucking | March 29, 2017 | Interstate 610 | Vanessa Motta Anthony Irpino Lori Waters |
| 19 | Evelina Harris and Winthrop Carrie | Celadon Trucking | April 10, 2017 | Interstate 10 | Chrisine Reitano Lionel Sutton Pandit Law Firm |
| 20 | Carl Morgan, Shirley Morgan, Daniel Harris, and Nyla Arnold | Surim Trucking Express | April 12, 2017 | Interstate 10 | Jason Baer Vanessa Motta |
| 21 | Marlo Ard, Terrelle Carter, Raychelle Patterson and Dwayne Winins | Progressive Auto Transport | April 18, 2017 | Interstate 610 | Tim Fields King Law Firm |
| 22 | Kierra Thomas, Antoine Clark, and Shirley Harris | God's Way Trucking | April 24, 2017 | Interstate 10 | Jason Baer Vanessa Motta |
| 23 | Linda Harrison, Rose Mitchell, and Glenda Hulbert | Dupre Logistics | April 26, 2017 | Interstate 10 | Vanessa Motta Pandit Law Firm |
| 24 | Davida Reynolds, Tinielle Robinson, and Alexander Senmore | | April 28, 2017 | Interstate 10 | |
| 25 | Ralphus Adams, Randy Harris, Morris Thompson, and Samara Jefferson | Neier, Inc. | May 9, 2017 | Interstate 10 | Vanessa Motta Pandit Law Firm |
| 26 | Shantay Watkins, George Berniard, Mervin Dolliole, Clinton Sordelet, Calvin Henderson, Lawrence Addison, Melvin Mitchell, Tariana Blunt, Laportia Moore, and David Perry | On-Site Fuel Service | May 16, 2017 | Interstate 10 | Vanessa Motta David Bravo |
| 27 | Otis Johnson and Anthony Washington | Transport Consultants | May 17, 2017 | US 90 | Vanessa Motta |
| 28 | Demetra Henderson-Burkhalter, | Wal-Mart | May 23, 2017 | Interstate 10 | Vanessa Motta |

| | Gregory Offray, and Jacqueline Thompson | | | | Pandit Law Firm |
|---|---|---|---|---|---|
| 29 | Kendell Tyler, James Jackson | Empire Express | June 6, 2017 | Interstate 10 | Lionel Sutton Pandit Law Firm |
| 30 | Ciarra Williams, Willie Magee, Russell Harris, Dwayne Pierce, Johnny Marshall, Jenea Maxson, Lamyra Henry, Kimberly Anderson, Irvin Hadley, Shontae Cain, Joseph Henry, Aari Coston, and Ellery Evans | Cowan Systems | June 8, 2017 | Interstate 10 | Vanessa Motta Anthony Irpino Vincent Arnona |
| 31 | Ruby Poole. Warren Poole and Robert Savage | US Xpress Enterprises | June 13, 2017 | Interstate 10 | Vanessa Motta Amy Fontenot |
| 32 | Carl Jones, Freda Lois Jones, Jaelyn Jones | Dedicated Transportation | June 14, 2017 | Interstate 10 | Lionel Sutton |
| 33 | Lehmoneisha Johnson, Gregory Williams, Charles Williams | UPS | June 21, 2017 | Interstate 510, Interstate 10 | Vanessa Motta |
| 34 | Denzel Lee and Briane Grant | Tacan Transportation | June 25, 2017 | Interstate 10 | Vanessa Motta |
| 35 | Reynard Nobles, Jasmine Howard, and Yolanda Jones | Nu-Way Specialized Services | June 27, 2017 | Interstate 10 | King Law Firm |
| 36 | Charles Jones, Stephanie Johnson, Willie Butler, Ernest Johnson | UPS | July 6, 2017 | Interstate 10 | Vanessa Motta Brian Branch |
| 37 | Georon Darensburg, Hugh Martin, Cortne Martin | UPS | July 16, 2017 | Interstate 10 | John Sileo Casey Moll |
| 38 | Ashiki Fulford and Tanisha Jones | UPS | July 17, 2017 | Interstate 10 | Pandit Law Firm |
| 39 | Renay Gardner, Victor Gardner, and Paul Clark | Werner | July 19, 2017 | Interstate 10 | Brian Branch Pandit Law Firm Lionel Sutton |
| 40 | Aaronne Simmons, Teresa Jefferson, Juan Matthews, Deoushia Jefferson, James Hinton | H.M. Davis Transport | July 23, 2017 | Interstate 10 | Anthony Irpino K. Adam Avin Vanessa Motta |
| 41 | Dacha DeGruy, Devin DeGruy and Kimani Ramee | Penske | July 23, 2017 | Interstate 10 | Vanessa Motta Pandit Law Firm |
| 42 | Latoya Statum, Jason Peters, Sr., Jason Peters, Jr., and Rashaad Harris | Quality Carrier | July 26, 2017 | Interstate 10 | Vanessa Motta |
| 43 | Harry Dorsey, Lesdreaka Dickson, Raymond Riley, Zounda Lee, Tasha Green, Eric Lewis, Michael Ruffin, and Lounda Lee | Werner | August 9, 2017 | Interstate 610 | Pandit Law Firm Lionel Sutton Louis Gerders, Jr. Amy Fontenot Vanessa Motta |
| 44 | Velma Whittey, Troy Locke, Tycoria Brown | Southern Intermodal | August 10, 2017 | Calliope St. at US 90 | King Law Firm |
| 45 | Hilda Fobb, Trinette Smith, Juanisha Winchester, Ravaugh | Stericycle | August 15, 2017 | Interstate 10 | Vanessa Motta |

| | | | | | |
|---|---|---|---|---|---|
| | Harris, Precious Diaz, and Quintosha Wishem | | | | |
| 46 | Margie Hendricks, Myrtis Hendricks Williams, Ortegas Coleman, Gueren Pedesclaux, Dwyane Johnson | Stericycle, Inc. | August 15, 2017 | Interstate 10 by 610 | Craig Sossaman Michael Collins David Wawrose Pandit Law Firm Dwyane Burrell Allen Burrell |
| 47 | Rosalie Williams, Jawayne Harrison, and Kim Chew | Dupre Logistics | August 26, 2017 | Interstate 10 | Pandit Law Firm Lionel Sutton |
| 48 | Antoine Hendricks, Corey Morton, Jr., Kardell Smth, Kathy Smith | Heniff Transportation | August 28, 2017 | Interstate 10 | David Wawrose Lionel Sutton Pandit Law Firm |
| 49 | Lynisha Reff, Lyndon Red, Sr., Tracy Harris, Lyschnine Williams | Werner | September 4, 2017 | Interstate 10 | Vanessa Motta Pandit Law Firm |
| 50 | Kyvonne Davis, Gregory Davis, Reco Williams | KAG Leasing | September 4, 2017 | Interstate 10 by 510 | Lionel Sutton Pandit Law Firm |
| 51 | Wilbert Reese and Marko Odds | Miller Transportation | September 5, 2017 | Interstate 610 | Pandit Law Firm Vanessa Motta |
| 52 | Melvin Colbert, Lakea Colbert, Cordero Washington, and Yaschia Washington | URS Midwest | September 7, 2017 | Interstate 10 | Lionel Sutton Pandit Law Firm |
| 53 | Lanell Smith and Demontre Smith | Seymour Transport | September 10, 2017 | Interstate 10 | Vanessa Motta |
| 54 | Timothy Alexander, Brandon Berry, Sanaka Alexander, Ashley Brown, and Sahriyah Alexander | SAIA | September 13, 2017 | Interstate 10 | Alvendia, Kelly & Demarest (Motta originated claim) |
| 55 | Cory Lain, Solomon Carter, and Zaneta Carter | Heniff Transportation | September 13, 2017 | Interstate 610 and I-10 | Lionel Sutton Pandit Law Firm |
| 56 | LaToya Barra, Willie Collins, Nia Gates, Tiawanka Sims | SEFL | September 20, 2017 | Interstate 10 | Lionel Sutton Pandit Law Firm |
| 57 | Lauren Dents, Daniel Clark | Tyson Foods | September 20, 2017 | Interstate 10 | Lionel Sutton Pandit Law Firm |
| 58 | Latoya Campbell, Patricia Campbell, Chervanti Hilton | Enterprise Logistics Services | September 25, 2017 | Interstate 10 | Donald deBoisblanc (Motta reps Campbells not enrolled) |
| 59 | Terry Baham, Stephen Turner, Yalonda Stubbs | Lovorn & Lovorn Trucking | September 27, 2017 | Interstate 10 | Pandit Law Firm |
| 60 | Roshawn Nobles, Terrell Green, and Aaronika Johnson | Delta Trucking | October 1, 2017 | Interstate 510 | Vanessa Motta |
| 61 | Reginald Jones, Jamel Toledano | McKoin Trucking | October 1, 2017 | US 90 | Pandit Law Firm Lionel Sutton |
| 62 | Kwantra Varnado, Herold Payne, Taj Varnado | DD Logistics | October 1, 2017 | Interstate 610 | Pandit Law Firm Lionel Sutton |
| 63 | Donald Charles, Richard Foster, Erica Darby and Mark | Wiley Sanders Truck Lines | October 1, 2017 | Interstate 10 | Christine Reitano Lionel Sutton |

14

| | | | | | |
|---|---|---|---|---|---|
| | Birden | | | | |
| 64 | Jerome Hart and Kierra Johnson, individually and o/b/o the minor, Elrieah Pero, Gervanda Gordon | FAF, Inc. | October 17, 2017 | Interstate 10 | Pandit Law Firm King Law Firm |
| 65 | Lance Goods, Herman Robinson, Sammie Lott | Northfield Transportation | October 23, 2017 | Interstate 10 | Stephen Harris |
| 66 | John Gibson and Shawn Martin | Martin Transportation | October 26, 2017 | Interstate 510 | Pandit Law Firm |
| 67 | Dimitri Frazier, Adonte Turner, Tiffany Turner | Whitestone Transportation | November 13, 2017 | Interstate 10 | Edwin Shorty, Jr. (Motta originated claim) |
| 68 | Louis Roby and Derrick Roby | Slay Transportation | November 15, 2017 | Interstate 10 | King Law Firm |
| 69 | Rashad Turner | Landwerlin Trucking | November 20, 2017 | Interstate 10 | Edwin Shorty, Jr. |
| 70 | Brianne Lott, Daraneika Williams, Roshika Hall, and Brianesha Lott | Airgas | November 26, 2017 | Interstate 10 | Vanessa Motta |
| 71 | Reginald Robert, Derrick Benn, Marlene Alvis, Theresa Henry | Knight Transportation | November 28, 2017 | US 90 | Vanessa Motta |
| 72 | Richard Turner, Taminika Shaul, and Derrick Thomas | Texas Freight Services | November 29, 2017 | Interstate 10 | Edwin Shorty, Jr. |
| 73 | Byron Charles, Meikee Bush, Ashley Marie Gray, Shalita Cambrice | CTS Transportation | December 3, 2017 | Interstate 10 | Vanessa Motta |
| 74 | Kimmy Jacob, Romalis Jacob, and Lyndell Mims | Werner | December 28, 2017 | Interstate 10 | Lionel Sutton |
| 75 | Terrion Hopkins, Romalis Williams, Sr., and Romalis Williams, Jr. | Anderson Trucking | April 11, 2018 | Interstate 610 | King Law Firm |
| 76 | Danielle Anderson, Quinyatta Woods, and Tyatta Woods | Airgas | April 19, 2018 | Interstate 10 | Vanessa Motta |
| 77 | Trinika Ross, Melvin Hendricks, Myrtis Williams, Victorian Williams | | August 1, 2018 | Interstate 10 | |
| 78 | Lashandra Wells, Sidney Frazier, and Ervin Johnson | SAIA | May 6, 2014 | Interstate 10 | Jason Giles |
| 79 | Cory Snelling, Joseph Sandoval, and Christopher Fauria | SAIA | August 30, 2016 | Interstate 10 | King Firm and Bagneris Firm |
| 80 | Tracy Thompson, Grant Wilson, and Steven Thompson | Ozark | September 14, 2017 | Interstate 10 | Jeremy Pichon and Desiree Charbonnet |
| 81 | Yolanda Davis, Willie Davis, Conrad Lawrence, Lisa Davis, Deshone Davis, Johnell Davis, Ernest Davis, Sr., Brooklyn Davis, Mariah Williams, Lamont Williams, Da-shawn Davis, and Ernest Davis, Jr. | SAIA | September 20, 2017 | Interstate 610 | Jeremy Pichon and Desiree Charbonnet (Motta originated claim) |
| 82 | Myeisha Smith, Ronique Labranch, and Monique Smith | SAIA | September 29, 2016 | Interstate 10 | King Firm |

| 83 | Steven Wickliff, Alvin Blanto, and Warren Thomas | SAIA | October 17, 2017 | Interstate 10 | |
| 84 | Sherman Williams, Jr., Aric Coulon, Adrian Williams, Anthony Augustin | Cardinal Logistics | January 30, 2018 | Interstate 10 | Vanessa Motta |
| 85 | Conseulla Lee, Irvin Lee, Chloe Lee, Zounda Lee | Premier Transport | March 20, 2018 | Interstate 610 | Vanessa Motta |

(*Objection by Plaintiffs/Defendants-In-Counterclaim due to relevancy).

*B)* Not Applicable.

*C)* Not Applicable.

*D)* Not Applicable.

*E)* Not Applicable.

## 11.

*A)* Not Applicable.

*B)* Not Applicable.

## 12.

*A)* Defendants plan to use interactive maps of the New Orleans area to show where the accident at issue and the other related accidents occurred.

*B)* Plaintiffs/Defendants-In-Counterclaim object to Defendants' plan to use interactive maps of the New Orleans area to show where the accident at issue and the other related accidents occurred, as the other related accident are not relevant to the case at bar.

## 13.

*A) List of Witnesses for All Parties:*

1. Tiffany Turner (Plaintiff/Defendant-In-Counterclaim & Fact Witness To the Facts & Circumstances of the Accident Made Subject of this Lawsuit).

16

2. Adonte Turner (Plaintiff/Defendant-In-Counterclaim & Fact Witness To the Facts & Circumstances of the Accident Made Subject of this Lawsuit).

3. Dimitri Frazier (Plaintiff/Defendant-In-Counterclaim & Fact Witness To the Facts & Circumstances of the Accident Made Subject of this Lawsuit).

4. Robert L. Runnels (Defendant/Plaintiff-In-Counterclaim & Fact Witness To the Facts & Circumstances of the Accident Made Subject of this Lawsuit).

5. Officer Jack Kounlavong of the New Orleans Police Department (Responding Officer & Witness to Facts and Circumstances Surrounding The Investigation of the Accident Scene)

6. Alisa White of Whitestone Transportation, L.L.C. - (Defendant/Plaintiff-In-Counterclaim & Fact Witness To the Circumstances of the Accident Made Subject of this Lawsuit).

7. Dr. Andrew Todd
   Southern Orthopedic Specialists
   The nature, cause and extent of Tiffany Turner's alleged injuries

8. Marlene Kennedy
   4000 Rose Street, Apt. 3206
   Chalmette, LA 70043
   Information regarding common facts and direct connections to other questionable accidents.

9. Charlette Jones
   Information regarding common facts and direct connections to other questionable accidents

10. Joe Schembre
    JS Investigations
    560 Oak Harbor Blvd., Ste. 201
    Slidell, LA 70458
    Investigation regarding common facts and direct connections to other questionable accidents

11. Raymond Riley
    3400 St. Anthony St., Apt. 221
    New Orleans, LA 70122

17

Information regarding common facts and direct connections to other questionable accidents

12. Ryan Harris
    12345 I-10 Service Road, Apt. 223
    New Orleans, LA 70128
    Information regarding common facts and direct connections to other questionable accidents

13. Cornelius Garrison
    1533 Foy St.
    New Orleans, LA 70122
    Information regarding common facts and direct connections to other questionable accidents

    Defendants may call some or all of the below witnesses to establish information regarding common facts and direct connections to other questionable accidents

14. Richard Turner

15. Rashad Turner

16. Juan Matthews

17. Shirley Harris

18. Zounda Lee

19. Derrick K. Thomas

   B) Undersigned counsel aver that the witness list(s) were filed in accordance with this

      Court's prior orders.

   C) Not Applicable.

   D) Not Applicable.

**14.**

   A) Undersigned counsel aver that the case is a jury case and the jury trial is applicable to

      all aspects of the case.  Furthermore, undersigned avers that the proposed jury

      instructions, special jury interrogatories, trial memoranda, and any special questions

that the Court is asked to put to prospective jurors on *voir dire* shall be electronically

filed with the Court not later than **five** working days prior to the trial date, unless

specific leave to the contrary is granted by the Court.

B) Not Applicable.

C) Not Applicable.

## 15.

Undersigned counsel aver, that the issues of liability will not be tried separately from that

of quantum.

## 16.

Not Applicable.

## 17.

The trial in this matter shall commence on March 18, 2019 at 8:30 a.m. and is expected to

last three (3) to five (5) days depending on evidentiary rulings.

## 18.

Undersigned avers that this pre-trial order has been formulated after conference at which

counsel for the respective parties have appeared in person.  Reasonable opportunity has been

afforded counsel for corrections, or additions, prior to signing.  Hereafter, this order will control

the course of the trial and may not be amended except by consent of the parties and the Court, or

by order of the Court to prevent manifest injustice.

## 19.

The possibility of settlement of this case was considered by the parties.

Respectfully submitted by:

EDWIN M. SHORTY, JR. & ASSOCIATES
A PROFESSIONAL LAW CORPORATION

*Nathan M. Chiantella*

_____
EDWIN M. SHORTY, JR., LSBA # 28421
NATHAN M. CHIANTELLA, LSBA # 35450
650 Poydras Street, Suite 2515
New Orleans, Louisiana 70130
Phone: (504) 207-1370
Fax:    (504) 207-0850
Email: eshorty@eshortylawoffice.com
Email: nchiantella@eshortylawoffice.com

*and*

H.L. HARPER & ASSOCIATES, L.L.C.

*Hope L. Harper*

_____
HOPE L. HARPER, LSBA# 33173
650 Poydras Street, Suite 2515
New Orleans, Louisiana 70130
Phone: (855) 880-4673
Fax:    (504) 322-3807
Email: hharper@hlharperandassociates.com
*Counsel for Plaintiffs/Defendants-In-Counterclaim*

*and*

PERRIER & LACOSTE, L.L.C.

*Michael W. Robertson*

_____
GUY D. PERRIER, LSBA # 20323
MICHAEL W. ROBERTSON, LSBA # 31943
DUSTIN L. POCHE`, LSBA # 33451
One Canal Place
365 Canal Street - Suite 2550
New Orleans, Louisiana 70130
Telephone: (504) 212-8820
Facsimile: (504) 212-7285
Email: gperrier@perrierlacoste.com
Email: mrobertson@perrierlacoste.com
Email: dpoche@perrierlacoste.com
*Counsel for Defendants/Plaintiffs-In-Counterclaim*