UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DMITRI FRAZIER, ET AL.**                                                     **CIVIL ACTION**

**VERSUS**                                                                              **NO. 18-2340**

**ROBERT L. RUNNELS, ET AL**                                              **SECTION "B"(1)**

### ORDER

Considering "Plaintiff/Defendants-in-Counterclaims' "Motion for Leave to File Their Omnibus Motion in Limine and Motion for Summary Judgment Out of Time" (Rec. Doc. 72), "Motion to Strike the Second Supplemental and Amended Counterclaim pursuant to Federal Rule of Civil Procedure 12(f) or, in the alternative, Motion for Summary Judgment" (Rec. Doc. 69) and "Plaintiff/Defendants-in-Counterclaim's Omibus Motion in Limine" (Rec. Doc. 70),

**IT IS ORDERED** that the motion for leave to file out of time is **DENIED**.

**IT IS FURTHER ORDERED** that motion to strike and motion in limine are **DISMISSED as untimely.** The scheduling order governing this case (Rec. Doc. 9) ordered parties to file and serve all case-dispositive pre-trial motions, and motions in limine regarding the admissibility of expert testimony, to permit hearing **no later than February 1, 2019**. It also required parties to file all other motions in limine to permit hearing **no later than February 11, 2019.** The motions in limine and motion to strike were filed on

February 1, 2019 and set for submission on February 27, 2019. Therefore, they are untimely.[1]

New Orleans, Louisiana, this 14th day of February, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] However, instant memorand in support of noted motions were considered as respnses/objections to other dispositive and evidentiary motions. Lastly, non-party witness statements given to a party's investigator are not admissible at trial, but may be used for impeachment examination of such witnesses. It is also permissible for use to refresh memory but only if relevant and otherwise free of impermissible hearsay.