MINUTE ENTRY
VAN MEERVELD
February 21, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DIMITRI FRAZIER, ET AL.<br>   *Plaintiffs*<br><br>VERSUS<br><br>ROBERT L. RUNNELS, ET AL.<br>   *Defendants* | CIVIL ACTION NO. 18-2340<br><br>SECTION: "B" (1)<br><br>JUDGE IVAN L. R. LEMELLE<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

## STATUS CONFERENCE

A telephone status conference was conducted on this date before the undersigned Magistrate Judge.

PARTICIPATING: Michael W. Robertson, Lionel H. Sutton III, Edwin Shorty, Jr.

The parties discussed the Motion to Compel filed by Defendants and the Motion to Expedite same. (Rec. Docs. 79 and 80). The parties will report the status of discovery deadlines to the undersigned following their pretrial conference with the District Judge.

                                                                                                    Janis van Meerveld
                                                                                           United States Magistrate Judge

MJSTAR (00:10)