UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DIMITRI FRAZIER, ET AL.**                                              **CIVIL ACTION**

**VERSUS**                                                                         **NO. 18-2340**

**ROBERT L. RUNNELS, ET AL**                                       **SECTION "B"(1)**

### ORDER

The District Judge hereby revokes the referral of defendants' "Motion to Compel Lionel H. Sutton, III d/b/a Sutton Law Firm's Response to Subpoena *Duces Tecum*" (Rec. Doc. 79) and "Ex-Parte Motion for Expedited Consideration" (Rec. Doc. 80) to the magistrate judge.

Considering defendants' "Ex-Parte Motion for Expedited Consideration" (Rec. Doc. 80),

**IT IS ORDERED** that the motion for expedited consideration is **GRANTED**. Lionel Sutton shall show cause in writing, no later than **February 27, 2019,** why a very related order on substantially the same discovery issues should not apply in this instance. *See* Rec. Doc. 67, which order was previously served on him by movants.

New Orleans, Louisiana, this 22nd day of February, 2019.

SENIOR UNITED STATES DISTRICT JUDGE