UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DIMITRI FRAZIER, ET AL.** | * | CIVIL ACTION NO. 2:18-cv-2340 |
| *VERSUS* | * | JUDGE: IVAN LEMELLE |
| **ROBERT L. RUNNELS, ET AL.** | * | MAG. JUDGE: VANMEERVALD |
| | * | JURY TRIAL |

* * * * * * * * * * * * *   * * * * * * * * * * * * *

### NOTICE OF DEPOSITION

TO:  Marlene Kennedy – Inmate/Booking # 226521
Saint Tammany Parish Jail
1200 Champagne Street
Covington, LA 70433

**PLEASE TAKE NOTICE** that Edwin M. Shorty, Jr., counsel for Plaintiffs Dimitri Frazier, Tiifany M. Turner & Adonte Turner in the above-captioned matter, will take the deposition of Marlene Kennedy on the following date and time:

Deponent:        Marlene Kennedy

Date/Time:      February 28, 2019 @ 1:00 p.m.

Place:               Saint Tammany Parish Jail
                         1200 Champagne Street
                         Covington, LA 70433

Testimony will be taken under oral examination before a Notary Public, or any other officer authorized by law to take depositions, pursuant to Federal Rules of Civil Procedure.

|  |  |
|---|---|
| **CERTIFICATE OF SERVICE**<br><br>I HEREBY CERTIFY that a copy of the above and foregoing pleading was forwarded to all counsel of record by facsimile, electronic mail, hand delivery, courier, FedEx, and/or by depositing a copy of same in the United States Mail, postage prepaid and properly addressed on this 25th day of February, 2018.<br><br>*Edwin M. Shorty, Jr.*<br>_____<br>Edwin M. Shorty, Jr.<br>Nathan M. Chiantella | Respectfully submitted by:<br><br>EDWIN M. SHORTY, JR. & ASSOCIATES<br>A PROFESSIONAL LAW CORPORATION<br><br>*Edwin M. Shorty, Jr.*<br>_____<br>EDWIN M. SHORTY, JR., LSBA # 28421<br>NATHAN M. CHIANTELLA, LSBA # 35450<br>650 Poydras Street, Suite 2515<br>New Orleans, Louisiana 70130<br>Telephone:     (504) 207-1370<br>Facsimile:       (504) 207-0850<br>Email: eshorty@eshortylawoffice.com<br>Email: nchiantella@eshortylawoffice.com<br><br>*Counsel for Plaintiffs – Dimitri Frazier, Tiffany M. Turner & Adonte Turner* |