MINUTE ENTRY
VAN MEERVELD
February 28, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DIMITRI FRAZIER, ET AL. *Plaintiffs* | CIVIL ACTION NO. 18-2340 |
| | SECTION: "B" (1) |
| VERSUS | JUDGE IVAN L. R. LEMELLE |
| ROBERT L. RUNNELS, ET AL. *Defendants* | MAGISTRATE JUDGE JANIS VAN MEERVELD |

### STATUS CONFERENCE

A telephone status conference was conducted on this date before the undersigned Magistrate Judge.

PARTICIPATING:    Hope L. Harper, Edwin M. Shorty, Jr., Michael W. Robertson

The parties discussed an issue that arose during a non-party deposition.

Janis van Meerveld
United States Magistrate Judge

MJSTAR (00:10)