UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DMITRI FRAZIER, ET AL.**                                          **CIVIL ACTION**

**VERSUS**                                                                   **NO. 18-2340**

**ROBERT L. RUNNELS, ET AL**                                    **SECTION "B"(1)**

ORDER

Considering defendants' "Motion to Compel Lionel H. Sutton, III d/b/a Sutton Law Firm's Response to Subpoena Duces Tecum" (Rec. Doc. 79), Attorney Sutton's opposition memorandum of February 28, 2019,

**IT IS ORDERED** that the motion to compel is **GRANTED in part.** By **March 13, 2019** Lionel H. Sutton, III d/b/a/ Sutton Law Firm will respond to the subpoena, as modified herein: the first request is limited to letters of representation sent by Sutton Law Firm to a third party concerning any claimant involved in a motor vehicle accident with a commercial vehicle on Interstate 10 in New Orleans between the Franklin Avenue exit and the Little Woods exit from 2016 through the present for files originated by Sutton Law Firm or brought with Mr. Sutton from a previous law firm; the second request will be satisfied by a sworn declaration signed by Mr. Sutton under penalty of perjury in which he identifies which of the individuals listed on the list of 77 cases he has represented at any time; the third request remains answerable as written and includes all phone numbers Sutton Law Firm or Mr. Sutton used to conduct business, whether on personal or business phones. **IT IS FURTHER ORDERED:**

Defendants will pay Sutton Law Firm's reasonable expenses in responding to the subpoena, as follows: $30 per hour for paralegal time and copying costs of $.10 per page. If the parties dispute the reasonableness of the expenses claimed, they may bring a motion to the Magistrate Judge for determination. **Defendants are reminded that similar discovery requests should be modified in accordance with above directives and similar directives issued by the Magistrate Judge on related discovery matters**.

New Orleans, Louisiana, this 7th day of March, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE