## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DIMITRI FRAZIER, ET AL** | * | **CIVIL ACTION NO. 2:18-cv-2340** |
| | * | |
| **VERSUS** | * | **JUDGE IVAN LEMELLE** |
| | * | |
| **ROBERT L. RUNNELS, ET AL** | * | **MAGISTRATE JUDGE** |
| | * | **JANIS VANMEERVALD** |
| | * | |
| | * | **JURY TRIAL** |
| * * * * * * * * * * * * * * | * | |

## **OPPOSITION TO MOTION FOR ADVERSE INFERENCE**

NOW INTO COURT, by and through undersigned counsel, comes Plaintiffs Dimitri Frazier, Adonte Turner and Tiffany Turner, who respectfully aver as follows:

The defendants in this matter have filed a motion to sanction Mrs. Turner for having discarded her broken cell phone. The defendants have the phone records from each of the plaintiffs; the Facebook history's of each of the plaintiffs; the medical history's and work history's of the plaintiff's. Now because the plaintiff discarded a phone that her grandchildren broke they argue that she should be sanctioned.

This manufactured fraud claim has been hanging over the plaintiffs for some time and if the defendants wanted to inspect the phone they could have done so last year. According to their own records their investigator spoke to Mrs. Kennedy in April of 2018. That is the point with which the defendants claim they knew of an alleged fraud. They could have requested the phone shortly after the lawsuit was filed. In fact the plaintiff actually brought the phone to the undersigned counsels office where it was verified that the phone was not working. The phone was given back to the plaintiff. Again the defendants have the plaintiffs cell phone records.

The defendant's spoliation claim is as deficient as their fraud allegations and are just another attempt to harass the plaintiffs.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing pleading was forwarded to all counsel of record by facsimile, electronic mail, hand delivery, courier, FedEx, and/or by depositing a copy of same in the United States Mail, postage prepaid and properly addressed on this 12nd day of March, 2019.

*Edwin M. Shorty, JR*
_____
Edwin M. Shorty, Jr.
Nathan M. Chiantella

Respectfully submitted by:

EDWIN M. SHORTY, JR. & ASSOCIATES
A PROFESSIONAL LAW CORPORATION

*Edwin M. Shorty, JR*
_____
EDWIN M. SHORTY, JR., LSBA # 28421
NATHAN M. CHIANTELLA, LSBA # 35450
650 Poydras Street, Suite 2515
New Orleans, Louisiana 70130
Telephone: (504) 207-1370
Facsimile: (504) 207-0850
Email: eshorty@eshortylawoffice.com
Email: nchiantella@eshortylawoffice.com

*Counsel for Plaintiffs/Defendants-In-Counterclaim, Dimitri Frazier, Adonte Turner & Tiffany Turner*