## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DIMITRI FRAZIER, ET AL** | * | **CIVIL ACTION NO. 2:18-cv-2340** |
| | * | |
| **VERSUS** | * | **JUDGE IVAN LEMELLE** |
| | * | |
| **ROBERT L. RUNNELS, ET AL** | * | **MAGISTRATE JUDGE** |
| | * | **JANIS VAN MEERVELD** |
| | * | |
| | * | **JURY TRIAL** |

* * * * * * * * * * * * * * * ** * * * * * * * * * * * *

### EX-PARTE UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, comes Edwin M. Shorty, Jr. and Nathan M. Chiantella of Edwin M. Shorty, Jr. & Associates, A.P.L.C., and Hope L. Harper of H.L. Harper & Associates, L.L.C. who respectfully represent that they desire to withdraw as counsel of record for Plaintiffs/Defendants-In-Counterclaim Dimitri Frazier, Adonte Turner and Tiffany Turner in the captioned matter with immediate effect, pursuant to and in accordance with LR 7.3.

Undersigned counsel contacted counsel for the Defendants on April 3, 2019 who voiced no opposition to the instant motion before this Honorable Court.

WHEREFORE, undersigned counsel desires to be withdrawn as counsel of record for Plaintiffs/Defendants-In-Counterclaim Dimitri Frazier, Adonte Turner and Tiffany Turner in the captioned matter.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing pleading was forwarded to all counsel of record by facsimile, electronic mail, hand delivery, courier, FedEx, and/or by depositing a copy of same in the United States Mail, postage prepaid and properly addressed on this 3rd day of April, 2018.

*Nathan M. Chiantella*
_____
EDWIN M. SHORTY, JR.
NATHAN M. CHIANTELLA

Respectfully submitted by:

EDWIN M. SHORTY, JR. & ASSOCIATES
A PROFESSIONAL LAW CORPORATION

*Nathan M. Chiantella*
_____
EDWIN M. SHORTY, JR., LSBA # 28421
NATHAN M. CHIANTELLA, LSBA # 35450
650 Poydras Street, Suite 2515
New Orleans, Louisiana 70130
Phone: (504) 207-1370
Fax:    (504) 207-0850
Email: eshorty@eshortylawoffice.com
Email: nchiantella@eshortylawoffice.com

*and*

H.L. HARPER & ASSOCIATES, L.L.C.

*Hope L. Harper*
_____
HOPE L. HARPER, LSBA# 33173
650 Poydras Street, Suite 2515
New Orleans, Louisiana 70130
Phone: (855) 880-4673
Fax:    (504) 322-3807
Email: hharper@hlharperandassociates.com

*Counsel for Plaintiffs/Defendants-In-Counterclaim – Dimitri Frazier, Tiffany Turner & Adonte Turner*