UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DMITRI FRAZIER, ET AL.**                                   **CIVIL ACTION**

**VERSUS**                                                   **NO. 18-2340**

**ROBERT L. RUNNELS, ET AL**                                 **SECTION "B"(1)**

### ORDER

Considering "Plaintiffs/Defendants-in-Counterclaims' Ex-Parte Motion to Dismiss Claims Against All Named Defendants with Prejudice" (Rec. Doc. 103),

**IT IS ORDERED** that the motion is **GRANTED.** The claims brought by plaintiffs in the Original Complaint (Rec. Doc. 4) against defendants in the above-captioned matter are hereby **DISMISSED with prejudice.**

New Orleans, Louisiana, this 4th day of April, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE