```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
```

**DMITRI FRAZIER, ET AL.**                              CIVIL ACTION

**VERSUS**                                              NO. 18-2340

**ROBERT L. RUNNELS, ET AL**                            SECTION "B"(1)

## ORDER

Considering plaintiffs/defendants-in-counterclaim's "Ex-Parte Unopposed Motion to Withdraw as Counsel of Record" (Rec. Doc. 104),

**IT IS ORDERED** that the motion is **DENIED without prejudice**. Per Local Rule 83.2.11, if other counsel is not being substituted then a motion to withdraw must contain the address and telephone number of the client, and be accompanied by "a certificate of service, including a statement that the client has been notified of all deadlines and pending court appearances, served on both the client by certified mail and opposing counsel, **or** an affidavit stating why service has not been made." *Id*. (emphasis added) The instant motion to withdraw does not seek to substitute other counsel, and therefore must contain the above-referenced information. Plaintiffs' counsel shall resubmit their motion in accordance with Local Rule 83.2.11.

New Orleans, Louisiana, this 4th day of April, 2019.

                                    _____
                                    SENIOR UNITED STATES DISTRICT JUDGE