## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**DMITRI FRAZIER, ET AL.**                                      **CIVIL ACTION**

**VERSUS**                                                      **NO. 18-2340**

**ROBERT L. RUNNELS, ET AL**                                    **SECTION "B"(1)**

## ORDER

Considering the "Ex-Parte Unopposed Motion to Withdraw as Counsel of Record" (Rec. Doc. 109),

**IT IS ORDERED** that the motion is **GRANTED**. Edwin M. Shorty, Jr and Nathan M. Chiantella of Edwin M. Shorty, Jr. & Associates, A.P.O.C., and Hope L. Harper of H.L. Harper & Associates L.L.C. are hereby **WITHDRAWN** as counsel of record for plaintiffs/defendants-in-counterclaim Dimitri Frazier, Adonte Turner, and Tiffany Turner in the above-captioned matter.

New Orleans, Louisiana, this 9th day of April, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE