JS10(00:15)

**MINUTE ENTRY**
**LEMELLE, J.**
**April 30, 2019**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DMITRI FRAZIER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-2340** |
| **ROBERT L. RUNNELS, ET AL** | **SECTION "B"(1)** |

### ORDER

On this day a telephone status conference was held, with counsel for defendants participating. Plaintiffs failed to call in for the status conference as ordered to by this Court (Rec. Doc. 102), and we reserve the right to take action in response to their failure at a later date, including consideration of financial and/or extreme sanctions for failure to comply with court orders. The issue of costs to which the defendants may be entitled in view of the dismissal of plaintiffs' claims with prejudice (Rec. Doc. 107) was also discussed at the status conference. Accordingly,

**IT IS ORDERED** that the defendants shall submit to the Court a written status report concerning their efforts to resolve their remaining counterclaims, or a motion to extend the submission of same, **no later than Monday July 1, 2019.** At that time, the

defendants are also instructed to inform the Court of any updates on the status of pending and relevant criminal matters;

**IT IS FURTHER ORDERED** that defendants' pending "Ex Parte Motion for Expedited Consideration" (Rec. Doc. 99) and "Motion for Adverse Inference and to Deem Requests Admitted Due to Spoliation of Evidence" (Rec. Doc. 98) are **DISMISSED.** The requests at issue were discussed during a prior conference with all parties' attorneys present where plaintiff Tiffany Turner was given additional time to comply. There appears to be a valid opposition filed into the record (Rec. Doc. 100), and plaintiffs' claims have been dismissed on their motion with prejudice (Rec. Doc. 107);

**IT IS FURTHER ORDERED** that the trial continuance granted previously by this Court (Rec. Doc. 102) is still in effect with regards to defendants' remaining counterclaims;

**IT IS FURTHER ORDERED** that the above-captioned matter is **ADMINISTRATIVELY CLOSED** for statistical purposes only, without prejudice to being reopened upon the filing of an appropriate motion **no later than July 15, 2019.** Parties shall continue to work on the remaining counterclaims and comply with above directives.

New Orleans, Louisiana, this 30th day of April, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE