## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**DIMITRI FRAZIER ET AL**                                    **CIVIL ACTION**

**VERSUS**                                                   **NO. 18-2340**

**ROBERT L. RUNNELS, ET AL**                                 **SECTION "B"(1)**

### ORDER

Considering the "Motion for Dismissal of Counterclaim with Prejudice" (Rec. Doc. 119),

**IT IS ORDERED** that the motion is **GRANTED.** Defendants and plaintiffs-in-counterclaim, Canal Insurance Company, Robert Runnels, and Whitestone Transportation LLC's counterclaims against plaintiffs and defendants-in-counterclaim, Dimitri Frazier, Adonte Turner and Tiffany Turner in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE**, all parties to bear their own respective costs.

New Orleans, Louisiana this 13th day of November, 2019

SENIOR UNITED STATES DISTRICT JUDGE